857 F.2d 1285
 Jose GUBIENSIO-ORTIZ, Petitioner-Appellant,
v.
Al KANAHELE, Warden, Metropolitan Correctional Center, San
Diego, California, Respondent-Appellee.
UNITED STATES of America, Plaintiff-Appellant,
v.
Raul CHAVEZ-SANCHEZ, Defendant-Appellee.
 Nos. 88-5848, 88-5109.
 United States Court of Appeals,
Ninth Circuit.
 Sept. 8, 1988.
 
 Before WIGGINS,* BRUNETTI and KOZINSKI, Circuit Judges.
 
 ORDER
 
 1
 Prior Report: 857 F.2d 1245 (9th Cir.1988).
 
 
 2
 The government's application for a stay of this court's decision is denied.
 
 
 
 *
 Judge Wiggins did not participate in the consideration of this application